UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

CALVIN BUARI,

                                Plaintiff,

        -against-

THE CITY OF NEW YORK, New York City Police Department Detectives ANDREW DIETZ, FNU TRACY, VINCENT PRICE, EUGENE GOTTWIN, JOSEPH NEENAN, CHRISTINE FORTUNE; Bronx County District Attorney's Office Investigators JOHN WALL, FNU SCHIFFMAN, FRANK VIGGIANO; Bronx County District Attorney's Office Assistant District Attorneys ALLEN KAREN, FELICITY LUNG, PETER CODDINGTON, GINA MIGNOLA; and "JOHN and/or JANE DOES" #1-10 who are currently unknown members of the New York City Police Department; and "RICHARD and/or RACHEL ROES #1-10" who are currently unknown members of the Bronx County District Attorney's Office, all of whom are being sued in their individual capacities,

                                Defendants
-------------------------------------------------------------------

**18 Civ.12299 (ER)**

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE** that defendants City of New York, Andrew Dietz, Eugene Godwin, Joseph Neenan, Christine Fortune, John Wall, Stanley Schiffman, Frank Viggiano, Allen Karen, Felicity Lung, Peter Coddington, and Gina Mignola (collectively, "the Defendants"), respectfully move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all claims directed against the Defendants in the above-captioned action in the Amended Complaint (ECF No, 58), filed November 11, 2019, and that pursuant to the scheduling orders of this Court, the plaintiff's opposition papers are due January 13, 2020, and the Defendants' reply papers are due.January 27, 2020..

Dated: New York, New York
       December 11, 2019

                        JAMES E. JOHNSON
                        Corporation Counsel of the
                        City of New York
                        *Attorney for Defendants*
                        100 Church Street
                        New York, New York 10007 (212) 356-2344
                        ascheine@law.nyc.gov

                    By: *Alan Scheiner* /s/
                        Alan Scheiner
                        *Senior Counsel*

TO:    All Counsel