## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN MOORE
JONATHAN K. POLLACK
DAVID B. RANKIN
LUNA DROUBI
CYNTHIA ROLLINGS
STEPHEN J. BLUMERT
HENRY A. DLUGACZ
MARC A. CANNAN
DOMINIQUE DAY
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT CONTACT:

February 7, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Calvin Buari v. City of New York, et al.
      Case No. 18-CV-12299 (MKV)

Your Honor:

My firm, along with co-counsel Cuomo LLC, represent plaintiff Calvin Buari in this civil rights action brought against the City of New York and several New York City Police Department Police Officers and members of the Bronx County District Attorney's office.

I write to respectfully request a three-page enlargement of the 25-page limit for Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the First Amended Complaint, which is due to be filed on February 10, 2020. The 25-page limit for memoranda of law in support and opposition to motions was set by set by the Individual Practices of Judge Edgardo Ramos that controlled when Defendants' motion was filed. Plaintiff requires the additional pages to fully address and respond to the arguments raised in Defendants' moving brief, which is 28 pages long. Defendants consent to Plaintiff's request.

Plaintiff thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/Marc A. Cannan
Marc A. Cannan

cc:   Alan Scheiner, Esq., and Frank Deluccia, Esq., *Attorneys for Defendants* (by ECF)
      Oscar Michelin, Esq, *Attorney for Plaintiff* (by ECF)