UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

CALVIN BUARI,

                              Plaintiff,

            - against -

THE CITY OF NEW YORK; New York City Police Department Detectives ANDREW DIETZ, FNU TRACY, VINCENT PRICE, EUGENE GOTTWIN, JOSEPH NEENAN, CHRISTINE FORTUNE; Bronx County District Attorney's Office Investigators JOHN WALL, FNU SCHIFFMAN, FRANK VIGGIANO; Bronx County District Attorney's Office Assistant District Attorneys ALLEN KAREN, FELICITY LUNG, PETER CODDINGTON, GINA MIGNOLA; and "JOHN and/or JANE DOES" # 1-10 who are currently unknown members of the New York City Police Department; and "RICHARD and/or RACHEL ROES # 1-10" who are currently unknown members of the Bronx County District Attorney's Office, all of whom are being sued in their individual capacities,

                              Defendants.

18-CV-12299 (MKV)

DECLARATION OF MARC A. CANNAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

------------------------------------------------------------------------ X

      Marc A. Cannan declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1. I am a partner at Beldock Levine & Hoffman LLP, who, along with co-counsel Cuomo, LLC, represents Plaintiff Calvin Buari in this matter. As such, I am well-familiar with the facts of this case. I submit this declaration in opposition to Defendants' Motion to Dismiss the Amended Complaint.

      2. Attached hereto as Exhibit 1 is a true and correct copy of the March 19, 2018 Dismissal on Recommendation that was filed by the Bronx County District Attorney's Office in

*People v. Calvin Buari*, Indictment No. 2111-1993, New York State Supreme Court, County of Bronx.

      3.     Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Disposition Dismissal issued to Plaintiff Calvin Buari by the New York Supreme Court, Bronx County Clerk, regarding the action *People v. Calvin Buari*, Indictment No. 2111-1993, New York State Supreme Court, County of Bronx.

Dated: New York, New York  
       February 10, 2020

                                      Respectfully submitted,

                                      BELDOCK LEVINE & HOFFMAN LLP  
                                      99 Park Avenue, Suite 2600  
                                      New York, New York 10016  
                                      (212) 490-0400

                                      <u> /s/ Marc A. Cannan      </u>  
                                      Marc A. Cannan