# Exhibit 2

*Certificate of Disposition Dismissal issued to Plaintiff Calvin Buari by the New York Supreme Court, Bronx County Clerk, regarding the action People v. Calvin Buari, Indictment No. 2111-1993, New York State Supreme Court, County of Bronx*

```
           SUPREME COURT OF THE STATE OF NEW YORK      FEE:$10.00
                           BRONX COUNTY
                        265 EAST 161 STREET
                          BRONX, NY 10451


                    CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 01/31/2020                CERTIFICATE OF DISPOSITION NUMBER: 77181

PEOPLE OF THE STATE OF NEW YORK   CASE NUMBER:              2111-93
              VS.                 LOWER COURT NUMBER(S):    93X012370
                                  DATE OF ARREST:           03/22/1993
                                  ARREST #:                 B93012124
                                  DATE OF BIRTH:            ▓▓▓▓▓1971
BUARI,CALVIN                      DATE FILED:               04/06/1993

            DEFENDANT
```

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 03/21/2018 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  FABRIZIO,R   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50(1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.


IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 01/31/2020.

                                    _____
                                           COURT CLERK

Marijuana convictions under PL 221.05 or PL 221.10 are vacated, dismissed and expunged as of August 28, 2019. The court system is in the process of updating its records, but in the meantime, it is an unlawful discriminatory practice unless specifically required or permitted by statute, for any entity to make any inquiry about an expunged conviction or to use an expunged conviction adversely, whether in any form of application or otherwise, against such individual.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.