

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/21/2021

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
Phone:  (212) 356-2344
Fax:  (212) 356-3509
ascheine@law.nyc.gov

June 18, 2021

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Buari v. City of New York, et al.,* 18-CV-12299 (MKV)(BCM)

Your Honor:

I am the Senior Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City (the "City") of New York, assigned to the defense of the above-captioned matter. Defendants respectfully request a four day extension of its time to answer or otherwise respond to the Second Amended Complaint, from June 21 2021, to June 25, 2021; and an extension of time for the parties to submit their Proposed Case Management Plan and Scheduling Order andjoint-letter, from June 21, 2021 to the same date June 25, 2021.

Plaintiff consents to this request. This is the third request for adjournment of the time to respond to the Second Amended Complaint, and the second request to extend the time for the Proposed Case Management Plan and Scheduling Order andjoint-letter.

This request is necessary because I learned yesterday of a medical situation in my family requiring my attention over the next several days.  Specifically, my parent suffered a heart attack and fall and was admitted to the hospital as a result. As a result, I will require additional time is  required to prepare the response to the complaint and to complete the Proposed Case Management Plan and Scheduling Order and joint-letter.  This request would not require adjournment of the next scheduled court conference, which is set for July 6, 2021.  Defendants regret any inconvenience to the Court from this adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Alan H. Scheiner*/s/
Alan H. Scheiner
*Senior Counsel*

cc (via ECF): All Counsel

---

GRANTED. The deadlines for Defendants to answer or otherwise respond to the Complaint and the parties to submit their joint letter and proposed Case Management Plan and Scheduling Order is extended to June 25, 2021. The conference scheduled for July 6, 2021, will proceed as scheduled. SO ORDERED.

Date: 6/21/2021
New York, New York

Mary Kay Vyskocil
United States District Judge