**GEORGIA M. PESTANA**
*Corporation Counsel*



THE ~~CITY OF NEW~~ YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN H. SCHEINER**
*Senior Counsel*
Phone: (212) 356-2344
Fax: (212) 356-3509
ascheine@law.nyc.gov

August 9, 2021

**VIA ECF**

Honorable Barbara C. Moses

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Buari v. City of New York, et al.,*
           18-CV-12299 (MKV)(BCM)

Your Honor:

    I am the Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to the defense of the above-captioned matter. Defendants write to respectfully request, with the consent of plaintiff, the following: (1) that the deadline for the defendants to make a settlement offer be extended from August 10, 2021, to August 16, 2021; (2) that the time for all parties to submit their pre-settlement conference submissions be extended from August 10, 2021, to August 11, 2021; and (3) that the Court allow a representative of the Comptroller's Office to be available by telephone during the settlement conference rather than appear for the conference. Plaintiff's counsel have requested that their time to make their pre-conference submission be concomitantly extended to August 11, 2021. This is the defendants' first request for extension of the above deadlines. Defendants apologize for the delay and any inconvenience to the Court and plaintiff.

    As reflected in the pleadings and the Court's decision on the City's motion to dismiss, this is a complex matter. In 1995, plaintiff Calvin Buari was convicted of a double murder that had occurred in 1992, and on May 5, 2017, that conviction was vacated; the indictment was dismissed by the prosecution on March 21, 2018. Plaintiff seeks damages for his prosecution, conviction, and incarceration over a period of more than 20 years. Since the Court's Order of July 15, 2021, the parties have engaged in the exchange of thousands of pages of documentary evidence and initial disclosures. Counsel have also engaged in settlement discussions addressing the merits of the case, and defendants received plaintiff's demand today.

The additional time is requested because, in light of the significance of the case, the City requires additional time for all necessary officials to participate in determining the City's authority to settle in this matter. The additional time to make the pre-settlement submissions is required because emergent matters in other assigned matters have delayed the City's finalization of that submission

In addition, the City requests, with plaintiff's consent, that the Court allow the Comptroller's Office to be available by telephone during the settlement conference, rather than appear at the conference. As the Court is aware, the Comptroller's Office is the final decision-making authority for the great majority of the City's civil litigation, and that office participates in numerous urgent settlement negotiations every day. Therefore, continuous attendance at a conference by a Comptroller's Office attorney for a single case is a heavy burden for the Comptroller's Office, requiring other Comptroller personnel to cover matters previously handled by the person attending the conference. For this reason, it is customary for the Comptroller's Office to be available by telephone during settlement conferences. Accordingly, defendants respectfully request that the Court allow the same practice here.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Alan H. Scheiner* /s/
Alan H. Scheiner
*Senior Counsel*

cc (via ECF): All Counsel