```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN BUARI,

                Plaintiff,

            -against-

THE CITY OF NEW YORK et al.,

                Defendants.

1:18-cv-12299-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the transcript for the settlement conference held on August 31, 2021 in which the parties informed the Court that they had reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by October 13, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: September 13, 2021**　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
**New York, NY**　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**