```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

In re:                               :
                                     :    Docket #1:18-cv-12299-
CALVIN BUARI,                        :    MKV

              Plaintiff,             :

  - against -                        :

CITY OF NEW YORK, et al.,            :    New York, New York
                                          August 31, 2021
              Defendant.             :
                                          SETTLEMENT CONFERENCE
------------------------------------ :

                   PROCEEDINGS BEFORE
           THE HONORABLE JUDGE BARBARA C. MOSES,
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:          CUOMO LLC
                        BY:  OSCAR MICHELEN, ESQ.
                        200 Old Country Road, Suite 2
                        South Mineola, New York 11501

                        BELDOCK LEVINE & HOFFMAN LLP
                        BY:  MARC AUGUSTINE CANNAN, ESQ.
                        99 Park Avenue
                        New York, New York 10016

For Defendants:         NYC LAW DEPARTMENT
                        BY:  ALAN HOWARD SCHEINER, ESQ.
                        100 Church Street
                        New York, New York 10007

Also Present:           NYC COMPTROLLER OFFICE
                        BY:  CHARLES GRAVES

Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street #3C
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| Witness | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| Exhibit Number | Description | ID | In | Voir Dire |
|---|---|---|---|---|
| None | | | | |

```
 1                      PROCEEDINGS                          3
 2             THE CLERK:  Calvin Buari versus City of New York
 3   et al, Docket Number 18-cv-12299.
 4             Counsel for the parties, please state your
 5   appearance for the record.
 6             MR. OSCAR MICHELEN:  For the plaintiff, Oscar
 7   Michelen, as well as Marc Cannan.
 8             HONORABLE BARBARA C. MOSES (THE COURT):  I
 9   remember how to spell it --
10             MR. MICHELEN:  Thank you, Judge.
11             THE COURT:  -- but you still have to spell it.
12             MR. MICHELEN:  M-i-c-h-e-l-e-n.
13             THE COURT:  Thank you.
14             MR. MICHELEN:  And C-a-n-n-a-n for Mr. Cannan.
15   And my client, Mr. Buari.
16             THE COURT:  Thank you very much.
17             MR. ALAN SCHEINER:  And Alan Scheiner from the
18   Corporation Counsel's Office for the defendants.
19             THE COURT:  You have to spell, too.
20             MR. SCHEINER:  Sorry, your Honor.  A-l-a-n S-c-h-
21   e-i-n-e-r.
22             THE COURT:  And with you is --?
23             MR. CHARLES GRAVES:  Charlie Graves from the
24   Office of the Corporation Counsel.  G-r-a-v, as in victor -
25   e-s.
```

2            THE COURT:  Thank you very much.  I understand
3 it's late in the afternoon, gentlemen, and I apologize for
4 nagging you about spelling your names.
5            MR. SCHEINER:  -- no, you said the Corporation
6 Counsel.
7            MR. GRAVES:  Sorry.  I'm giving my position --
8            THE COURT:  Where are you from, Mr. Graves?
9            MR. GRAVES:  From the Comptroller's Office.
10           THE COURT:  The New York City Comptroller's
11 Office, right?  Let's just be clear here.
12           MR. GRAVES:  Yes, your Honor.
13           THE COURT:  All right.  It is --
14           MR. GRAVES:  Twenty-five years ago, I had the
15 other position.
16           THE COURT:  It is late in the evening, and I want
17 to thank parties and counsel for their patience.  I think
18 it was well worth it.  The reason it is late in the evening
19 is that we spent most of the afternoon and the early part
20 of the evening in a settlement conference, and we are now
21 on the record for the best possible reason, which is to
22 memorialize the terms of the settlement that the parties
23 have reached.
24           And, Mr. Michelen, are you prepared to state those
25 terms for the record?

2  MR. MICHELEN: I am, your Honor.

3  THE COURT: Go ahead.

4  MR. MICHELEN: After all of the conferencing and
5  the discussions back and forth, the parties have agreed to
6  settle the case of Calvin Buari versus the City of New York
7  et al, 18-cv-12299 for the total amount of $4 million. And
8  that's inclusive of all legal fees, costs, etc. And the
9  amount will come from the City of New York; however, all
10 the defendants, of course, including the individual
11 defendants, will be released as part of the paperwork.

12  The City will forward to the plaintiff their usual
13 settlement papers, which includes waiver of liens, notice
14 of liens, Medicaid forms, etc., and Stipulation of
15 Discontinuance, as well as a general release of all
16 parties. Upon full execution of those documents and return
17 to Mr. Scheiner on behalf of the City, then the City will
18 pay the terms of the settlement agreement, the $4 million,
19 in accordance with the time set by the CPLR of the State of
20 New York.

21  And we thank your Honor for your efforts in this
22 matter. It was not easy. It took a lot of going back and
23 forth. And I can speak that the parties would not have
24 reached a settlement without the Court's efforts. So thank
25 you.

2              THE COURT:  Thank you very much.

3              And, Mr. Scheiner, anything to add or clarify with
4     respect to the terms?

5              MR. SCHEINER:  Yes, your Honor, just a couple of
6     minor things.  Mr. Michelen said something about the CPLR
7     in the State of New York.  That is not a part of the
8     settlement because this is in federal court.  So, you know,
9     we're not including the CPLR in any part of the terms of
10    this settlement, so I'm not sure --

11             THE COURT:  But you are going to forward all
12    those lien papers and --

13             MR. SCHEINER:  Oh, yes, I will -- yes.  With
14    respect to the rest of it, yes, I agree.  Mr. Michelen's
15    familiar with the standard paperwork, including from
16    another case, McKee, 18-cv-11230, recently executed.  So
17    that includes the things that he mentioned, as well as also
18    W-9 forms for counsel as well as the plaintiff.  So we're
19    in agreement with respect to all of that.  It was just the
20    CPLR I wanted to clarify because we're in federal court --

21             MR. MICHELEN:  I'll withdraw that.  That was my
22    effort.

23             THE COURT:  I understand.  And I appreciate that.
24    And at the end of the day, this was implicit.  But let's
25    make it explicit.  That Stipulation of Discontinuance,

         2    that's going to get filed, right?

         3             MR. MICHELEN:  Yes, your Honor, yes.  We will sign

         4    it and file that once all the paperwork is complete.

         5             THE COURT:  All right.  Thank you very much.

         6             Mr. Buari, you are the plaintiff, correct?

         7             MR. CALVIN BUARI (THE PLAINTIFF):  Yes.

         8             THE COURT:  Did you hear and understand the terms

         9    of the settlement that your counsel put on the record and

        10    that the City's counsel just clarified?

        11             THE PLAINTIFF:  Yes.

        12             THE COURT:  Do you agree to settle this case on

        13    those terms?

        14             THE PLAINTIFF:  Yes.

        15             THE COURT:  Do you understand that, although the

        16    paperwork is not yet completed and lots of documents still

        17    need to get reviewed and signed, you are entering into a

        18    binding agreement of settlement right now?

        19             THE PLAINTIFF:  Yes.

        20             THE COURT:  And, Mr. Graves, you are here

        21    representing the City of New York, correct?

        22             MR. GRAVES:  Yes, your Honor.

        23             THE COURT:  Did you hear and understand the terms

        24    of the settlement placed on the record by counsel?

        25             MR. GRAVES:  Yes, your Honor, I did.

2          THE COURT:  Are you authorized to settle this case
3  on behalf of the City?
4          MR. GRAVES:  Yes, your Honor.
5          THE COURT:  Are you also authorized to settle the
6  case on behalf of the remaining individual defendants?
7          MR. GRAVES:  Yes, your Honor.
8          THE COURT:  And on behalf of all defendants, do
9  you agree to settle this case on the terms we just
10 discussed?
11         MR. GRAVES:  Yes, your Honor.
12         THE COURT:  And do you understand, also, that
13 although the settlement paperwork is not yet complete, you
14 are entering into a binding agreement of settlement on
15 behalf of all of the defendants this evening?
16         MR. GRAVES:  I do, your Honor.
17         THE COURT:  Thank you very much.  Is there
18 anything further from either side?
19         MR. MICHELEN:  No.  Thank you.  I want to thank
20 you, Mr. Snell.
21         MR. SCHEINER:  Your Honor, if I may -- this my
22 have already been covered, and I just want it to be,
23 though, 100% clear, that with respect to the individual
24 defendants, they're not participating in any payment of the
25 settlement.  The settlement will provide that all claims

against them as well as against the City will be dismissed with prejudice, and they along with the City will be provided with a general release of all claims.

THE COURT: I think that was incorporated in what Mr. Michelen said, but certainly, Mr. Michelen, you can say yes again.

MR. MICHELEN: Yes again.

THE COURT: Okay.

MR. SCHEINER: Thank you.

THE COURT: Anything further, gentlemen?

MR. MICHELEN: No, thank you, your Honor.

THE COURT: Thank you very much. We'll be adjourned.

(Whereupon, the matter is adjourned.)

```
 1                                                    10
 2
 3                  C E R T I F I C A T E
 4
 5        I, Carole Ludwig, certify that the foregoing
 6  transcript of proceedings in the case of Buari v. City of
 7  New York et al, Docket #18-cv-12299-MKV, was prepared using
 8  digital transcription software and is a true and accurate
 9  record of the proceedings.
10
11
12
13  Signature_____Carole Ludwig_____
14              Carole Ludwig
15  Date:     September 2, 2021
```